UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS HAYNES, JR., JUANITA E. HAYNES, and CAROLINE HAYNES PAGE on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:04-1081 |
| | ) Judge Trauger |
| v. | ) ) |
| HOMEQ SERVICING CORPORATION, WACHOVIA CORPORATION, and WACHOVIA BANK OF DELAWARE, N.A., | ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 31) filed by the defendants, is **GRANTED**, and the Motion for Leave to Amend Plaintiffs' First Amended Class Action Complaint (Docket No. 45), filed by the plaintiffs, and the Motion for Class Certification (Docket No. 56), filed by the plaintiffs, are **DENIED** as moot.

It is so ordered.

Enter this 1st day of August 2006.

ALETA A. TRAUGER
United States District Judge